1  STEPHANIE YONEKURA
2  Acting United States Attorney
   LEON W. WEIDMAN
3  Assistant United States Attorney
4  Chief, Civil Division
   MARK A. WIN, CSBN 206077
5  Special Assistant United States Attorney
6         Social Security Administration
          160 Spear Street, Suite 800
7         San Francisco, CA  94105
8         Telephone: (415) 977-8940
          Facsimile: (415) 744-0134
9         Email: mark.win@ssa.gov
10 Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| MARIA A. MARTINEZ, | ) Case No. 2:14-cv-03882-DMG-AS |
|---|---|
| Plaintiff, | ) **[PROPOSED]** |
| v. | ) **JUDGMENT OF REMAND** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrently with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND**

1 **DECREED** that the above-captioned action is remanded to the Commissioner of
2 Social Security for further proceedings consistent with the Stipulation to
3 Remand.

4

5

6 DATED: November 13, 2014        / s /
                                  HON. ALKA SAGAR
7                                 UNITED STATES MAGISTRATE JUDGE