EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
Tina Saladino [CAB: 289428]
Special Assistant United States Attorney
   Assistant Regional Counsel
   Social Security Administration, Region IX
   160 Spear Street, Suite 800
   San Francisco, California 94105
Tel:  (415) 977 - 8991
Fax:  (415) 744-0134
E-mail: tina.saladino@ssa.gov

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA A. MARTINEZ, | ) |
| | ) No: 2:14-cv-03882-AS |
| Plaintiff, | ) |
| | ) [~~PROPOSED~~] |
| vs. | ) **JUDGMENT** |
| | ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant | ) |
| | ) |

    The Court having approved the parties' stipulation to reopen this case for the purpose of entering judgment for Plaintiff, hereby grants judgment for Plaintiff.

Dated: March 4, 2016             / s /
                                     HON. ALKA SAGAR
                                     United States Magistrte Judge