1  Denise Bourgeois Haley
   Attorney at Law: 143709
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Maria A. Martinez

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 MARIA A. MARTINEZ,           ) Case No.: 2:14-cv-03882-AS
                                )
12        Plaintiff,            ) {PROPOSED} ORDER AWARDING
                                ) EQUAL ACCESS TO JUSTICE ACT
13    vs.                       ) ATTORNEY FEES AND EXPENSES
                                ) PURSUANT TO 28 U.S.C. § 2412(d)
14 CAROLYN W. COLVIN, Acting    ) AND COSTS PURSUANT TO 28
   Commissioner of Social Security, ) U.S.C. § 1920
15                              )
          Defendant             )
16 _____)

17
       Based upon the parties' Stipulation for the Award and Payment of Equal
18
   Access to Justice Act Fees, Costs, and Expenses:
19
       IT IS ORDERED that fees and expenses in the amount of **$5,823.00** as
20
   authorized by 28 U.S.C. § 2412, and costs in the amount of $0.00 as authorized by
21
   28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.
22
   DATE:  May 3, 2016
23
                              _____/ s /_____
24                            THE HONORABLE ALKA SAGAR
                              UNITED STATES MAGISTRATE JUDGE
25

26

-1-